IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEXUS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOMERSET THERAPEUTICS, LLC and SOMERSET PHARMA, LLC <br><br> Defendants. | **ORDER** <br><br> Civil No. 23-1248 <br><br> **STIPULATED JUDGMENT OF DISMISSAL** |

Plaintiff Nexus Pharmaceuticals, Inc. [2] ("Nexus") and Defendants Somerset Therapeutics, LLC and Somerset Pharma, LLC ("Somerset") have agreed to terms and conditions representing a negotiated resolution of this patent infringement action (the "Action") and have set forth those terms and conditions in a confidential agreement.

**IT IS HEREBY STIPULATED** that:

1. This Court has jurisdiction over the parties and subject matter of this Action.

2. In this Action, Nexus has asserted that its U.S. Patent Nos. 11,090,278; 11,478,436; and 11,426,369 (collectively, the "patents-in-suit") are enforceable and valid and would be infringed by the manufacture, use, sale, offer for sale, or importation of Defendants' ANDA product that is described in Abbreviated New Drug Application ("ANDA") No. 218113 directed to ephedrine sulfate injection 50mg/10mL (5 mg/mL) to the U.S. Food and Drug Administration ("FDA").

---

[2] Nexus Pharmaceuticals, Inc. completed a corporate entity change which modified its legal name to Nexus Pharmaceuticals, LLC. Nexus remains an entity organized and existing under the laws of the State of Illinois.

3.  In view of the Settlement and License Agreement, the parties have agreed to forego any further litigation involving their respective assertions raised or that may have been raised in this matter;

4.  All claims, counterclaims and affirmative defenses of Nexus and Somerset in this action are hereby dismissed without prejudice;

5.  Each Party shall bear its own costs, attorneys' fees, and expenses incurred in connection with this action; and

6.  This Court retains jurisdiction to enforce or supervise performance under this Judgment and the settlement agreement.

IT IS SO ORDERED this **24th** day of **December** 2024

                                        **/s/ Edward S. Kiel**
                                        HONORABLE EDWARD S. KIEL, U.S.D.J.

We hereby consent to the form and entry of this Order:

Dated: December 23, 2024

*s/Michael J. Gesualdo*

Michael J. Gesualdo, Esq.
ROBINSON MILLER LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
MGesualdo@rwmlegal.com

Of Counsel:
Imron T. Aly (Admitted pro hac vice)
Kevin M. Nelson (Admitted pro hac vice)
Julie A. Vernon (Admitted pro hac vice)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
T: (312) 258-5500
imron.aly@afslaw.com
kevin.nelson@afslaw.com
julie.vernon@afslaw.com

Ahmed M.T. Riaz (Admitted pro hac vice)
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas
42nd Floor
New York, NY 10019
T: (212) 484-3900
ahmed.riaz@afslaw.com

*Attorneys for Plaintiff*
*Nexus Pharmaceuticals, Inc.*

*s/ Eric I. Abraham*

Eric I. Abraham
William P. Murtha
Kristine L. Butler
HILL WALLACK LLP
21 Roszel Road
Princeton, NJ 08543
(609) 734-6358
eabraham@hillwallack.com
wmurtha@hillwallack.com
kbutler@hillwallack.com

Of Counsel:
Paul A. Ainsworth (pro hac vice)
Lauren A. Watt (pro hac vice)
STERNE, KESSLER, GOLDSTEIN
 & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
(202) 371-2600
painsworth@sternekessler.com
lwatt@sternekessler.com

*Attorneys for Defendants*
*Somerset Therapeutics, LLC and*
*Somerset Pharma, LLC*